AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:94CR145 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 14445-047 |
| | ) | |
| DWIGHT B. LEWIS | ) | SHANNON P. O'CONNOR |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 11/22/1995 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 140 months on Count III is reduced to 120 months, and his sentence of 60 months on Count IV remains at 60 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE FOR COUNT III**  (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | 120 to 150 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.  The fine range is $12,500 to $4,000,000.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated November 22, 1995 shall remain in effect.  The Defendant shall be immediately released.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2008
Effective Date: Monday, March 17, 2008

                                                  s/Laurie Smith Camp
                                                United States District Judge